NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM L. CAMPBELL, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7123

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1511, Judge William A. Moorman.

---

## ON MOTION

---

## ORDER

Eric K. Shinseki, Secretary of Veterans Affairs, moves for a 14-day extension of time, until October 4, 2010, to file his informal response brief. Campbell opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

SEP 2 0 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  William L. Campbell, Jr.
     J. Hunter Bennett, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 0 2010

JAN HORBALY
CLERK